UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT W. WILLIAMS )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RODNEY BOUFFARD )<br>)<br>    Respondent. ) | Civil no. 1:13-CV-00112-NT |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 11, 2013, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is DISMISSED with prejudice. It is further ORDERED that the Petitioner's motion to stay is hereby DENIED. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                    /s/ Nancy Torresen
                                  UNITED STATES DISTRICT JUDGE

Dated this 15th of October, 2013.